■ JULIUS COLON, Respondent, v STATE FARM MUTUAL AUTO INSURANCE CO., Appellant. [604 NYS2d 856] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Callahan, J. P., Balio, Lawton, Boomer and Boehm, JJ. *[See,* 159 Misc 2d 390.]

■ EDWARD WIDER, Appellant, v FAMILY GARD, INC., et al., Respondents. [602 NYS2d 292] —Order unanimously affirmed without costs. Memorandum: The only negligence attributed to defendants is that they supplied a battery operated smoke detector that had no device to warn plaintiff when there was no battery in the detector. The danger of maintaining a smoke detector without a battery in place is obvious. Thus, defendants owed plaintiff no duty to warn him that the detector would not work without a battery *(see, Trivino v Jamesway Corp.,* 148 AD2d 851, 853; *Laaperi v Sears, Roebuck & Co.,* 787 F2d 726). (Appeal from Order of Supreme Court, Erie County, Francis, J.—Summary Judgment.) Present—Callahan, J. P., Balio, Lawton, Boomer and Boehm, JJ.

■ In the Matter of NANCY E. KENNEDY, Respondent, v KENNETH E. KENNEDY, Appellant. [604 NYS2d 857] —Order unanimously affirmed with costs. Memorandum: Respondent's petition for a downward modification of child support was properly denied. Although respondent offered proof of straitened financial circumstances, Family Court properly found that his situation was caused by respondent's own conduct and his failure to secure appropriate employment. Respondent's attempt to prove that his assets were valueless was supported only by his conclusory and unsupported statements. The record demonstrates an improvident dissipation of finances by respondent, justifying the denial of his petition *(see, Matter of Knights v Knights,* 71 NY2d 865). (Appeal from Order of Onondaga County Family Court, Bersani, J.—Child Support.) Present—Callahan, J. P., Lawton, Boomer and Boehm, JJ.